Kevin T. Fitzgerald
ABA No. 8711085
Ingaldson Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:18-cr-00064-TMB-DMS |
| | ) | |
| Plaintiff, | ) | **MOTION TO SEAL EXHIBIT G** |
| | ) | **TO DEFENDANT'S SENTENCING** |
| v. | ) | **MEMORANDUM (DOCKET 141)** |
| | ) | |
| CHRISTOPHER JAMES DEMURE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

COMES NOW Defendant, Christopher James DeMure, by and through counsel, Ingaldson Fitzgerald, P.C., and hereby moves this court to seal Exhibit G to Defendant's Sentencing Memorandum (Docket 141) which was originally filed on July 20, 2020.

It was intended that Defendant's Sentencing Memorandum include a two-page supporting document regarding the Anchorage Veteran's Court. This two-page document was intended to be marked as Exhibit G. However, the document submitted by counsel as Exhibit G inadvertently contained additional pages which were not intended to be part of this exhibit and which, if intentionally

USA v. DeMure
No. 3:18-cr-00064-TMB-DMS
Motion to Seal Exhibit G to Defendant's Sentencing Memorandum
Page 1 of 2
Case 3:18-cr-00064-TMB   Document 193   Filed 07/15/21   Page 1 of 2

INGALDSON
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

submitted, would have necessitated a filing under seal due to their highly sensitive and confidential nature.

The highly sensitive and confidential nature of the additional pages included is self-evident.

Dated the 15th day of July, 2021 at Anchorage, Alaska.

          INGALDSON FITZGERALD, P.C.
          Attorneys for Defendant

          s/Kevin T. Fitzgerald
          ABA No. 8711085
          813 West Third Avenue
          Anchorage, AK  99501
          Fax: (907) 258-8751
          E-mail: kevin@impc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the
15th day of July, 2021,
a copy of the foregoing was
served electronically on:

Jonas M. Walker, AUSA

_s/Kevin T. Fitzgerald___
W:\3621.001\Pleading\Motion to Seal Exhibit G to Defendant's Sentencing Memorandum 1.doc

**INGALDSON FITZGERALD, P.C.**
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. DeMure
No. 3:18-cr-00064-TMB-DMS
Motion to Seal Exhibit G to Defendant's Sentencing Memorandum
Page 2 of 2
Case 3:18-cr-00064-TMB   Document 193   Filed 07/15/21   Page 2 of 2