Kevin T. Fitzgerald
ABA No. 8711085
Ingaldson Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska  99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | No. 3:18-cr-00064-TMB-DMS |
| )  | |
| Plaintiff,  )  | **NOTICE OF WITHDRAWAL OF** |
| )  | **REPRESENTATION** |
| v.  )  | |
| )  | |
| CHRISTOPHER JAMES DEMURE,  )  | |
| )  | |
| Defendant.  )  | |
| _____)  | |

COMES NOW Kevin T. Fitzgerald (Ingaldson Fitzgerald, P.C.), attorney of record for Defendant Christopher James DeMure, and hereby provides notice to the Court of his withdrawal of representation of Defendant, Christopher James DeMure in the above-captioned action.

This withdrawal is made at the behest of Defendant. Defendant's current contact information is as follows:

Christopher J. DeMure
8200 Ginami Circle
Anchorage, Alaska  99516
Phone: (910) 578-8537
E-Mail: chrisjdemure@gmail.com

//

USA v. DeMure
No. 3:18-cr-00064-TMB-DMS
Notice of Withdrawal of Representation
Page 1 of 2
Case 3:18-cr-00064-TMB   Document 196   Filed 09/08/21   Page 1 of 2

**INGALDSON FITZGERALD, P.C.**
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Dated the 8th day of September, 2021 at Anchorage, Alaska.

INGALDSON FITZGERALD, P.C.
Attorneys for Defendant

s/Kevin T. Fitzgerald
ABA No. 8711085
813 West Third Avenue
Anchorage, AK  99501
Fax: (907) 258-8751
E-mail: kevin@impc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the
8th day of September, 2021,
a copy of the foregoing was
served electronically on:

Jonas M. Walker, AUSA

_s/Kevin T. Fitzgerald___
W:\3621.001\Pleading\Notice of Withdrawal of Representation 1.doc

**INGALDSON FITZGERALD, P.C.**
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. DeMure
No. 3:18-cr-00064-TMB-DMS
Notice of Withdrawal of Representation
Page 2 of 2
Case 3:18-cr-00064-TMB   Document 196   Filed 09/08/21   Page 2 of 2